UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JEFFREY JOEL JUDY, <br> an individual, <br><br> Plaintiff, <br> vs. <br><br> BONITA DINER, LLC, <br> a Florida Limited Liability Company, <br><br> Defendant. <br> _____ | ) <br> ) <br> ) Case No.: 2:24-cv-444-JLB-NPM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

Plaintiff, Jeffrey Joel Judy hereby files this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all substantive issues in this matter and anticipate filing a dismissal within sixty (60) days. The parties further request that all hearings and deadlines, including Defendant's deadline to respond to the complaint, be adjourned while they finalize their agreement.

Dated: August 12, 2024

                                                Respectfully Submitted,

                                                KU & MUSSMAN, P.A.
                                                18501 Pines Blvd, Suite 362
                                                Pembroke Pines, Florida 33029
                                                Tel: (305) 891-1322
                                                Fax: (954) 686-3976

louis@kumussman.com

By: /s/ Louis I. Mussman
Louis I. Mussman, Esq. (*Lead Counsel*)
(FL Bar # 597155)
Brian T. Ku, Esq.
(FL Bar #: 610461)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record and a true and correct copy has been mailed to:

BONITA DINER, LLC
By Serving Registered Agent:
Terezi, Romeo
5051 Castello Drive
Suite 222
Naples, FL 34103

By: /s/ Louis Mussman
Louis Mussman, Esq.