UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JEFFREY JOEL JUDY,<br>an individual,<br><br>   Plaintiff,<br>vs.<br><br>BONITA DINER, LLC,<br>a Florida Limited Liability Company,<br><br>   Defendant.<br>_____ | )<br>)<br>) Case No.: 2:24-cv-444-JLB-NPM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: October 14, 2024

                Respectfully Submitted,

                KU & MUSSMAN, P.A.
                18501 Pines Blvd, Suite 362
                Pembroke Pines, Florida 33029
                Tel: (305) 891-1322
                Fax: (954) 686-3976
                Louis@kumussman.com

                By: */s/ Louis I. Mussman*

                           Louis I. Mussman, Esq. (Lead Counsel)
                           (FL Bar # 597155)
                           Brian T. Ku, Esq.
                           (FL Bar #: 610461)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of October, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record and a true and correct copy has been mailed to:

BONITA DINER, LLC
By Serving Registered Agent:
Terezi, Romeo
5051 Castello Drive
Suite 222
Naples, FL 34103

                           By: /s/ Louis Mussman
                                Louis Mussman, Esq.